**Fill in this information to identify your case:**

Debtor 1 _____
        First Name      Middle Name      Last Name

Debtor 2 _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: __Eastern__ District of __CA__

Case number _____
(If known)



☐ Check if this is an amended filing

Official Form 103A

# Application for Individuals to Pay the Filing Fee in Installments    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

## Part 1: Select Your Chapter

Which chapter of the Bankruptcy Code are you choosing to file under?

☒ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

## Part 2: Sign Below

By signing here, you state that you are unable to pay the full filing fee at once, that you want to pay the fee in installments, and that you understand that:

You must pay your entire filing fee before you make any more payments or transfer any more property to an attorney, bankruptcy petition preparer, or anyone else for services in connection with your bankruptcy case.

If you do not pay the filing fee in full, then you will not receive a discharge or your debts when your bankruptcy case is closed.
Your discharge, or confirmation of any plan, will be delayed until the filing fee is paid in full.

If you do not make any payment when it is due, your bankruptcy case may be dismissed or closed without discharge, and your rights in other bankruptcy proceedings may be affected.

The Clerk's Office will set the terms for payment of the filing fee, and the number of installments shall not exceed four (4).
The final installment shall be payable not later than 120 days after filing the petition.

x _/s/ [signature]_____      x _____      x _____
Signature of Debtor 1                   Signature of Debtor 2              Your attorney's name and signature, if you used one

Date 03/30/23                           Date _____                Date _____
     MM / DD / YYYY                          MM / DD / YYYY                     MM / DD / YYYY

EDC 2-020 (Revised 12/15)          Application for Individuals to Pay the Filing Fee in Installments