EDC.002–021    Order Approving Payment of Filing Fee in Installments (v.11.0 – 10/31/2022)     USBC,EDCA

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

**In re**

Larry Dale Butler Jr.

**Debtor(s).**

**Case Number**

23–21005 – E – 7

**To the debtor(s):**

   **IT IS ORDERED** that you pay your filing fee of $338.00 in installments on the following dates:

- $ 86.00 on or before 05/01/2023
- $ 84.00 on or before 05/30/2023
- $ 84.00 on or before 06/28/2023
- $ 84.00 on or before 07/28/2023

   **IT IS FURTHER ORDERED** that until the filing fee is paid in full, you must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

Dated: 3/30/23

FOR THE COURT
Wayne Blackwelder , Clerk
BY: jlns , Deputy Clerk
U.S. Bankruptcy Court
Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400

   The Deputy Clerk whose signature appears above certifies that on 3/30/23 , a copy of this order was returned to the filing party.

   **PLEASE NOTE:** If you made a payment or partial payment when you submitted your petition, please subtract that amount from your last payment. You may pay the filing fee in full before the date the final installment payment is due. If your final payment is more than the balance due, you will need to submit your request for refund in writing.

   **PAYING IN PERSON OR BY MAIL:** Money orders or cashier's checks payable to "Clerk, U.S. Bankruptcy Court" are accepted in person or by mail at the address shown above. Debit card payments are accepted in person at the address shown above. If you pay by mail and would like a receipt, you must include a self–addressed stamped envelope. To ensure proper credit, pleaes include your name and case number on money orders and cashier's checks. **No cash accepted.** Personal checks from non–attorneys are not accepted.

   **PAYING ONLINE:** You may make your installment payment online at www.caeb.uscourts.gov with your checking account, debit card, or PayPal account. You will receive an e–mail confirmation from Pay.gov once your payment is made, but you will not receive a receipt from the Bankruptcy Court. Please allow three business days for your payment to be received by the Bankruptcy Court.

   Please note that payments are not accepted by phone or through our eFiling system.