MGRS
3/30/23

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

FILED
MAR 30 2023
UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In re: Larry Dale Butler, Jr.            )
                                         )
                                         )
                                         )    Bankruptcy Case No: 23-21005
                                         )
                                         )
            Debtor(s).                   )
_____    )

TO:   **Larry Dale Butler, Jr.**

☐   Your check #_____ in the amount of $_____ is being returned to you as the court does not accept personal checks and/or electronic checks. Please see accepted methods of payment below and resubmit your payment.

☐   Your check/money order #_____ in the amount of $_____ is being returned to you as the court does not accept payments on behalf of the Chapter 13 Trustee. Please submit the payment directly to the Chapter 13 Trustee at the following address:

☐   We are returning your financial documents for you to send to your trustee at the following address:

    Douglas M. Whatley, P.O. Box 538, Folsom, CA 95763-0538

☐   The above-entitled case was closed on _____. Please be advised that the document(s) subsequently filed by you have been docketed. The court will not calendar this matter or take any action with respect to the relief requested in these documents unless the case is reopened. If the case is reopened, please contact the court to ensure that your matter has been placed on calendar. To reopen the case, see Local Bankruptcy Rule 5010-1 and payment of a filing fee may be required. See www.caeb.uscourts.gov and select *Filing and Fee Information*. (Additionally, for cases filed in the Sacramento/Modesto offices, a Notice of Hearing with the date and time filled in setting the matter in the appropriate department may be required. See www.caeb.uscourts.gov and select *Court Calendars*.)

☐   We are returning the document submitted by you and will take no further action, as it is unclear what you are attempting to file.

☐   We have docketed the pleading submitted by you and will take no further action as it is unclear what you are attempting to file.

   ☐   If you wish to submit a proof of claim, you may submit a paperless version online at www.caeb.uscourts.gov under the "Electronic Claims" link. Alternatively, you may obtain a proof of claim form at www.caeb.uscourts.gov in the Forms and Publications section.

   ☐   If you wish to file an adversary complaint, please resubmit a properly captioned and signed complaint, completed adversary cover sheet (see enclosed), and filing fee of $350.00.

☑   **PLEASE SEE SECOND PAGE OF THIS DOCUMENT FOR ADDITIONAL INFORMATION.**

EDC 2-130 (Page 1) (Rev. 10/22)

☐ We have accepted your document for filing but will take no action on it. The document that you filed appears to be amending the petition. The change(s) you are attempting to make cannot be made by filing this document. Note: If the change involves whether the case is deemed an asset or no asset case, please be advised that the trustee will make this determination upon conclusion of the meeting of creditors.

☐ It appears that the enclosed document does not relate to a case within the Eastern District of California Bankruptcy Court. Please verify debtor's name and case number and submit to the correct court. If applicable, Form EDC 2-070, *United States Bankruptcy Courts Within California,* is enclosed.

☐ The information you requested would require the rendering of legal advice, something the court, by law, cannot do. In order for your question to be answered, it will be necessary for you to seek the advice of competent legal counsel.

☐ We are unable to provide you with copies without the payment of search, photocopy and/or certification fees. However, copies can be obtained electronically through PACER , which is available on our website at www.caeb.uscourts.gov. To obtain copies by mail, there is a $32.00 search fee, $.50 per page photocopy fee, and if applicable, an $11.00 certification fee per document. If you are not requesting certified copies, you may print them using the public terminals for a $.10 per page photocopy fee. Please see accepted methods of payment below.

☐ The case file has been closed and sent to the Federal Records Center in San Bruno, California for storage. Therefore, the information that you requested must be obtained directly from the Federal Records Center. Enclosed please find information on how to obtain copies of records from the Federal Records Center.

☐ The court's forms package can be obtained from our website at www.caeb.uscourts.gov free of charge. You may also purchase the forms package for Individuals for $15.00 and for Non-Individuals for $10.00 at the Clerk's office. Please see accepted methods of payment below.

☑ Other: The Reaffirmation Cover Sheet has been filed with the court but we will take no action without a completed and signed Reaffirmation agreement.

**ACCEPTED METHODS OF FEE PAYMENT**
- Debit cards are accepted in person at the Sacramento, Modesto, and Fresno clerk's offices.
- Money orders and cashier's checks payable to "***Clerk, U.S. Bankruptcy Court,***" are accepted in person and by mail at the Sacramento, Modesto, and Fresno clerk's offices.
- Debtors may use the Online Installment Payment system to pay court approved filing fee installment payments.
- Payment of copy fees, including fees for certified copies, may be paid via business check.
- Payment of fees cannot be made over the telephone.
- The court does not accept personal checks from non-attorneys.
- **No cash accepted.**

DATED: 3/30/23

By: /s/ Anna Kaminsky

U.S. Bankruptcy Court
1200 I Street, Suite 200
Modesto, CA 95354
(209) 521-5160

EDC 2-130 (Page 2) (Rev. 10/22)