**4**

PROBER & RAPHAEL, A LAW CORPORATION
LEE S. RAPHAEL, ESQ., #180030
DIANA TORRES-BRITO, ESQ. #163193
NOEMI PADILLA, ESQ. #343367
P.O. Box 4365
Woodland Hills, California 91365-4365
(818) 227-0100
(818) 227-0101 facsimile
Attorneys for Movant
CIG FINANCIAL
C.283-020

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| In re | Bk. No. 23-21005 |
| LARRY DALE BUTLER, JR., | DCN: PPR-1 |
| Debtor. | CHAPTER 7 |
| | Hearing-<br>Date: June 8, 2023<br>Time: 10:00 A.M.<br>Place: U.S. Bankruptcy Court<br>501 I Street, Suite 3-200<br>Sacramento, CA 95814<br>Dept. E, Courtroom 33 |
| _____ / | Judge: Hon. Ronald H. Sargis |

<u>CIG FINANCIAL'S MOTION FOR RELIEF FROM AUTOMATIC STAY</u>

CIG FINANCIAL, its assignees and/or successors, ("Movant" herein) moves the Court for relief from the Automatic Stay provided by 11 U.S.C. §362. This motion seeks an Order terminating the Automatic Stay of 11 U.S.C. §362 as to Movant so that Movant may commence and continue all acts necessary to take possession of Debtor's Vehicle, described as a **2017 Mercedes Begle, VIN 4JGDA5HB5HA976701** ("the Vehicle" herein), securing the Retail Installment Contract entered into between Debtor and Movant.

1

Movant seeks relief pursuant to 11 U.S.C. §362(d)(1) for "cause" due to the failure of Debtor to make required payments and pursuant to 11 U.S.C. §362(d)(2) for lack of equity. Movant alleges that, in accordance with the information set forth in the attached Declaration, there is no equity present in the subject Vehicle to justify the continuance of the Automatic Stay. *See* Stewart v. Gurley 745 F 2d 1194 (9th Cir. 1984).

This Motion is being heard on 28-day notice, pursuant to LBR 9014-1(f)(1). Any opposition to this motion shall be in writing and shall be served and filed with the Court at least fourteen (14) days preceding the date of hearing or a continued date of hearing. Opposition shall be accompanied by evidence establishing its factual allegations. Without good cause, no party shall be heard in opposition to a motion at oral argument if written opposition to the motion has not been timely filed. Failure of the responding party to timely file written opposition may be deemed a waiver of any opposition to the granting of the motion and/or may result in the imposition of sanctions.

Furthermore, Movant seeks an Order permitting it to dispose of the Vehicle in a commercially reasonable manner, without further notice or publication, except as may be required by state law.

In the event that this Court continues the Automatic Stay, Movant will seek adequate protection of its secured interest pursuant to 11 U.S.C. §§ 361 and 362, including a requirement that Debtor reinstate all past arrearages and immediately commence regular monthly payments. Movant also seeks an Order waiving the 14-day stay as provided by Bankruptcy Rule 4001(a)(3).

In addition, Movant requests such further relief as is just.

On March 30, 2023, Debtor filed a Petition under Chapter 7 of the Bankruptcy Code.

Prior to the filing of the petition, on November 27, 2020, Debtor made, executed and

Motion for Relief from Automatic Stay

delivered a Retail Installment Contract ("Contract") in the original amount of $30,229.16 to Movant or its predecessor which bears interest as specified therein. The original Contract is held by Movant and a copy is attached hereto as **Exhibit "A"** and is incorporated by reference.

The indebtedness evidenced by the Contract is secured by a security interest in a **2017 Mercedes Begle, VIN 4JGDA5HB5HA976701** ("the Vehicle") as evidenced by a Certificate of Title, filed with the Department of Motor Vehicles, State of California. A copy of the Certificate of Title is attached hereto as **Exhibit "B"** and incorporated herein by reference.

As of April 18, 2023, the outstanding Obligations are:

| Unpaid Principal Balance | $25,941.74 |
|---|---|
| Unpaid, Accrued Interest | $ 1,425.81 |
| Dees Due | $     90.00 |
| Late Charges Due | $    170.15 |
| Minimum Outstanding Obligations | $26,627.70 |

In addition to the other amounts due to Movant reflected herein, as of the date hereof, in connection with seeking the relief requested in the Motion, Movant has also incurred $831.00 in legal fees and costs. Movant reserves all rights to seek an award or allowance of such fees and costs in accordance with applicable loan documents and related agreements, the Bankruptcy Code and otherwise applicable law.

The following chart sets forth the number and amount of payments due pursuant to the terms of the Note that have been missed by the Debtor:

| Number of Missed Payments | From | To | Monthly Payment Amount | Total Missed Payments |
|---|---|---|---|---|
| 1(partial payment) | 11/16/2022 | 11/16/2022 | $680.06 | $680.06 |
| 5 | 12/16/22 | 04/16/2023 | $680.68 | $3,403.70 |
| | | | Late Charge Due: | $170.15 |
| | | | NSF: | $90.00 |
| | | | **Total:** | **$4,343.91** |

Motion for Relief from Automatic Stay

3

Notwithstanding the Reaffirmation Agreement cover sheet filed by Debtor on 03/30/23 (Document #10 on the Court's Docket) Lender did not agree to reaffirm the debt.

This Motion shall be based on these moving papers, as well as the attached Declaration and the Relief from Stay Information Sheet, filed separately and concurrently with this Motion.

In the event neither the Debtor, Debtor's counsel or Trustee files a timely opposition to this motion, the Court may grant relief from the Automatic Stay permitting Movant to take possession of and dispose of the Debtor's vehicle described as a **2017 Mercedes Begle, VIN 4JGDA5HB5HA976701** without conducting a hearing.

WHEREFORE, Movant prays judgment as follows:

1.) For an Order granting relief from the Automatic Stay, permitting this Movant to proceed with any necessary actions to take possession of the subject Vehicle under Movant's Contract and to dispose of same in a commercially reasonable manner.

2.) For such Order regarding adequate protection of Movant's interest as this Court deems proper.

3.) For an Order waiving the 14-day stay described by Bankruptcy Rule 4001(a)(3).

4.) For such other relief as this Court deems appropriate.

DATED: April 28, 2023　　　　　　　PROBER & RAPHAEL, A LAW CORPORATION

　　　　　　　　　　　　　　　　　By /s/ <u>Noemi Padilla</u>
　　　　　　　　　　　　　　　　　　　　Noemi Padilla, Esq.
　　　　　　　　　　　　　　　　　Attorney for Movant

Motion for Relief from Automatic Stay

4