**1**

# RELIEF FROM STAY INFORMATION SHEET

\* \* \* \* **INSTRUCTIONS ON FORM EDC 3-468-INST** \* \* \* \*

*COMPLETE ALL PORTIONS APPLICABLE TO THE RELIEF FROM STAY MOTION*
**THIS IS IN THE NATURE OF A PRETRIAL STATEMENT AND IS <u>NOT</u> EVIDENCE.**

**DEBTOR:** Larry Dale Butler, Jr.      **CASE NO.** 23-21005

**MOVANT:** CIG FINANCIAL      **DC NO.** PPR-1

**HEARING DATE/TIME:** June 8, 2023    10:00 A.M.

**RELIEF IS SOUGHT AS TO**

    ( ) **REAL PROPERTY**    Assessor Parcel Number (APN): _____

    (X) **PERSONAL PROPERTY**    If applicable, Vehicle Identification Number (VIN) 2017 Mercedes Begle, VIN 4JGDA5HB5HA976701

    ( ) **STATE COURT LITIGATION**

1. Address OR description of property or state court action _____

2. Movant's trust deed is a ( ) 1st ( ) 2nd ( ) 3rd ( ) Other: _____

   OR

   **Leased property is** ( ) Residential ( ) Non-residential   Term: ( ) Month-to-Month ( ) Other

3. Verified appraisal filed? no    Movant's valuation of property    $ 22,600.00

4. The following amounts are presently owing to movant for:

   | PRINCIPAL | INTEREST | COSTS | TOTAL | |
   |---|---|---|---|---|
   | $ 25,941.74 | $ 1,425.81 | $ 260.15 | $ 26,627.70 | Suspense of $0.00 has been applied. |

5. State identity, rank, and balance owing to other known lien holders. Use additional page if necessary.

   _____    $_____
   _____    $_____
   _____    $_____

                    **TOTAL ALL LIENS**    $ 26,627.70
                    **DEBTOR'S EQUITY**    $ -4,027.70

6. Monthly payment is $ 680.68, of which $ 0.00 is for impound account. Monthly late charge is $_____.

7. The last payment by debtor was received on 12/27/2022 and was applied to the payment due 10/16/2022.

8. Number of payments past due and amount: (a) Pre-petition 5 $ 4,275.23 (b) Post-Petition 1 $ 680.68.

9. Notice of Default was recorded on N/A. Notice of sale was published on N/A.

10. If a chapter 13 case, in what class is this claim? N/A

11. Grounds for seeking relief (check as applicable):

        (x) § 362(d)(1)      (x) § 362(d)(2)      ( ) § 362(d)(3)      ( ) § 362(d)(4)

        ( ) Cause    ( ) Inadequate protection    (x) Lack of equity    ( ) Lack of insurance    ( ) Bad faith

        ( ) Surrendered pursuant to Statement of Intention. ( ) Report of No Distribution has been filed.

        ( ) Other _____.

12. For each ground checked in item 11, furnish a brief supporting statement below. Use additional page(s) if necessary.

    Lender alleges that Debtor is delinquent for the November 16, 2022 through April 16, 2023 payments.
    Lender further alleges that there is no equity present to justify the existence of an automatic stay against the subject property.

    Notwithstanding the Reaffirmation Agreement cover sheet filed by Debtor on 03/30/23 (Document #10 on the Court's Docket) Lender did not agree to reaffirm the debt.

EDC 3-468 (Rev. 11/10)