## UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br>Larry Dale Butler, Jr.,<br>             Debtor. | ) Case No. 23-21005 - E - 7<br>) Docket Control No. PPR-1<br>) Document No. 20<br>) Date: 06/08/2023<br>) Time: 10:00 AM<br>) Dept: E |

### Order

Findings of Fact and Conclusions of Law are stated in the Civil Minutes for the hearing.

The Motion for Relief from the Automatic Stay filed by CIG Financial ("Movant") having been presented to the court, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** the automatic stay provisions of 11 U.S.C. § 362(a) are vacated to allow Movant, its agents, representatives, and successors, and all other creditors having lien rights against the Vehicle, under its security agreement, loan documents granting it a lien in the asset identified as a 2017 Mercedes Begle, VIN ending in 6701 ("Vehicle"), and applicable nonbankruptcy law to obtain possession of, nonjudicially sell, and apply proceeds from the sale of the Vehicle to the obligation secured thereby.

**IT IS FURTHER ORDERED** Movant is awarded $831.00 in prevailing party attorney's fees and costs. Fed. R. Civ. P. 54, Fed. R. Bankr. P. 7054, Fed. R. Bankr. P. 9014(c).

**IT IS FURTHER ORDERED** that the fourteen-day stay of enforcement provided in Federal Rule of Bankruptcy Procedure 4001(a)(3) is not waived for cause.

No other or additional relief is granted.

Dated: June 09, 2023

By the Court

*/s/ Ronald H. Sargis*
Ronald H. Sargis, Judge
United States Bankruptcy Court

[20] - Motion for Relief from Automatic Stay [PPR-1] Filed by Creditor CIG Financial (Fee Paid $188) (eFilingID: 7210965) (lbef)